IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WAYNE SAPP, et al.,

       Plaintiffs,

v.                               CASE NO.: 1:09cv242-SPM/AK

SCHOOL BOARD OF ALACHUA
COUNTY, FLORIDA,

       Defendant.

_____/

## ORDER EXTENDING TIME TO RESPOND

Upon consideration of Defendant's Motion for Extension of Time to Respond to Plaintiffs' Complaint and Motion for Preliminary Injunction (doc. 11) and Plaintiffs' Response to Defendant's Motion for Extension of Time (doc. 12), it is

ORDERED AND ADJUDGED:

1.      Defendant's motion (doc. 11) is granted.

2.      Defendant shall have up to and including January 4, 2010 to respond to the Complaint and the Motion for Preliminary Injunction.

DONE AND ORDERED this 9th day of December, 2009.

_s/ Stephan P. Mickle_____
Stephan P. Mickle
Chief United States District Judge