IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WAYNE SAPP, et al.,

    Plaintiffs,

v.                                CASE NO.: 1:09cv242-SPM/AK

SCHOOL BOARD OF ALACHUA
COUNTY, FLORIDA,

    Defendant.
_____/

## ORDER DENYING MOTION FOR LEAVE TO FILE AMICUS BRIEF

Upon consideration, John B. Thompson's Motion for Leave to File Amicus Brief on Behalf of Defendant (doc. 9) is denied.

DONE AND ORDERED this 9th day of December, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge