IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WAYNE SAPP, et al.,

    Plaintiffs,

v.                                          CASE NO.: 1:09cv242-SPM/AK

SCHOOL BOARD OF ALACHUA
COUNTY, FLORIDA,

    Defendant.
_____/

## ORDER DIRECTING PLAINTIFFS TO FILE REPLY

Having reviewed Plaintiffs' motion for preliminary injunction and the response by Defendant, a reply by Plaintiffs would be beneficial. Accordingly, it is

ORDERED AND ADJUDGED: Plaintiffs shall file a reply on or before January 22, 2010.

DONE AND ORDERED this 13th day of January, 2010.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        Chief United States District Judge