IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WAYNE SAPP, et al.,

    Plaintiffs,

v.                                        CASE NO.: 1:09cv242-SPM/AK

SCHOOL BOARD OF ALACHUA
COUNTY, FLORIDA,

    Defendant.
_____/

**ORDER DENYING MOTION FOR ORAL ARGUMENT AND DIRECTING
PARTIES TO FILE WRITTEN ARGUMENTS ON WHETHER REQUEST FOR
PRELIMINARY INJUNCTION SHOULD BE DENIED AS MOOT**

This cause comes before the Court on the parties' Joint Motion for Oral Argument on Plaintiff's motion for preliminary injunction. Doc. 51.

On Tuesday, June 1, 2010, the School Board of Alachua County, Florida, adopted a school uniform policy that substantially alters the dress code that Plaintiffs are challenging. To the extent Plaintiffs are seeking money damages, the new policy is not likely to affect their claims. Crown Media, LLC v. Gwinnett County, Ga., 380 F.3d 1317, 1325 (11th Cir. 2004) (claims for money damages not mooted by change or repeal of challenged ordinance).

However, the new policy may narrow the scope of Plaintiffs' claims for declaratory and injunctive relief. See id. at 1324 (claims for declaratory and

injunctive relief rendered moot when fundamental changes to challenged regulation render the original controversy a mere abstraction); <u>Jews for Jesus, Inc. v. Hillsborough County Aviation Auth.</u>, 162 F.3d 627, 629 (11th Cir. 1998) ("A case is moot when events subsequent to the commencement of a lawsuit create a situation in which the court can no longer give the plaintiff meaningful relief."). Before proceeding with oral argument, the Court would benefit from a clarification from Plaintiffs of the claims for which they still seek injunctive relief and written argument on the effect the school uniform policy has on those claims. Accordingly, it is

ORDERED AND ADJUDGED:

1. The Joint Motion for Oral Argument (doc. 51) is denied without prejudice.

2. On or before June 21, 2010, Plaintiffs shall file a memorandum with argument on any non-moot claims for declaratory and injunctive relief that they wish to pursue in light of the school uniform policy.

3. Defendant shall have up to and including July 6, 2010, to file a response.

DONE AND ORDERED this 4th day of June, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge

CASE NO.: 1:09cv242-SPM/AK