UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVIILE DIVISION

WAYNE SAPP, et al.,

    Plaintiffs,

v.                                      No. 1:09-cv-00242-SPM-GRJ

SCHOOL BOARD OF ALACHUA
COUNTY, FLORIDA,

    Defendant.
_____/

## NOTICE OF UNAVAILABILITY

Defendant, hereby gives notice as follows that its representative, Superintendant W. Daniel Boyd, will be unavailable from March 16, 2011 through March 18, 2011, due to travel overseas. Defendant respectfully requests this Court either set the trial in this matter for dates within the trial term that do not conflict or, alternatively, reset this trial for the April term.

                                                  Respectfully submitted,

                                                  /s/ Michael P. Spellman
                                                  **MICHAEL P. SPELLMAN**
                                                  Florida Bar Number: 0937975
                                                  E-mail address: mspellman@sniffenlaw.com
                                                  **ROBERT J. SNIFFEN**
                                                  Florida Bar Number: 0000795
                                                  E-mail address: rsniffen@sniffenlaw.com

                                                  **SNIFFEN & SPELLMAN, P.A.**
                                                  123 North Monroe Street
                                                  Tallahassee, Florida 32301
                                                  Telephone: (850) 205-1996
                                                  Facsimile: (850) 205-3004

                                                  COUNSEL   FOR   SCHOOL   BOARD   OF
                                                  ALACHUA COUNTY, FLORIDA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of February, 2011, I electronically filed the foregoing, in the United States District Court, Northern District of Florida, Gainesville Division, by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record via the CM/ECF system.

/s/ Michael P. Spellman
**MICHAEL P. SPELLMAN**