IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WAYNE SAPP, et al.,

    Plaintiffs,

v.                                                 CASE NO.: 1:09cv242-SPM/GRJ

SCHOOL BOARD OF ALACHUA
COUNTY, FLORIDA,

    Defendant.
_____/

## ORDER CONTINUING PRETRIAL CONFERENCE AND TRIAL

To allow for additional time to consider the parties' cross motions for summary judgment, it is

ORDERED AND ADJUDGED:

1.    The pretrial conference scheduled for March 2, 2011 is cancelled.

2.    Trial is continued to June 6, 2011.

DONE AND ORDERED this 28th day of February, 2011.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      Chief United States District Judge