UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WAYNE SAPP, individually and as
next friend to his minor children,
E.S., J.S., and F.S., STEPHANIE SAPP;
LUDGER BOECKEN, individually
and as next friend to his minor children,
A.B., M.B., L.B., and H.B.; and
HEIKE BOECKEN,
   Plaintiffs,       Case No.: 1:09-cv-242-SPM-GRJ

v.

SCHOOL BOARD OF ALACHUA
COUNTY, FLORIDA,
   Defendant.
_____/

## NOTICE OF TRIAL CONFLICT AND REQUEST TO RESCHEDULE TRIAL

COMES NOW Defendant, School Board of Alachua County, Florida through its undersigned counsel, and hereby notifies the Court of a conflict with the new trial period recently ordered in this case and respectfully requests the trial in this matter be rescheduled until at least September, 2011, for the following reasons:

The undersigned firm is scheduled for trial in a civil rights wrongful death action during the two (2) week trial period commencing June 6, 2010 before the Honorable Robert Hinkle in the case styled *Estate of Nabel Bashimam by Denise Bashimam, Personal Representative, et al. v. City of Tallahassee, etc. et al.,* Case No. 4:10-cv-343-RH-WCS, United States District Court, Northern District of Florida.

Defendant respectfully requests this trial be rescheduled during the academic year. Defendant believes that numerous witnesses identified by Plaintiffs and Defendant will be unavailable during the months that Defendant's schools are out of session. Rescheduling this trial in September 2011 or beyond should ensure availability.

Respectfully submitted,

/s/ Michael P. Spellman
**MICHAEL P. SPELLMAN**
Florida Bar Number: 0937975
E-mail address: mspellman@sniffenlaw.com

**ROBERT J. SNIFFEN**
Florida Bar Number: 0000795
E-mail address: rsniffen@sniffenlaw.com

**SNIFFEN & SPELLMAN, P.A.**
211 East Call Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004

COUNSEL FOR SCHOOL BOARD OF
ALACHUA COUNTY, FLORIDA

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of March, 2011, I electronically filed the foregoing, in the United States District Court, Northern District of Florida, Gainesville Division, by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record via the CM/ECF system.

/s/ Michael P. Spellman
**MICHAEL P. SPELLMAN**