IN THE UNITED STATES DISTRICT COURT
FR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WAYNE SAPP, et al.,

    Plaintiffs,

v.                                   CASE NO.: 1:09cv242-SPM/GRJ

SCHOOL BOARD OF ALACHUA
COUNTY, FLORIDA,

    Defendant.
_____/

## ORDER GRANTING EXTENSION OF TIME

Upon consideration of "Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Tax Costs (Doc. 159)," it is

ORDERED AND ADJUDGED:

1.    The motion (doc. 159) is granted.

2.    Plaintiffs shall have up to and including October 31, 2011, to file a response to Defendant's Motion to Tax Costs.

DONE AND ORDERED this 20th day of October, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge